**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CESAR PERLA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 4:26-cv-03949** |
| **v.** | § | |
| | § | |
| **CREDIT CORP SOLUTIONS, INC.** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Credit Corp Solutions, Inc. ("Credit Corp" or "Defendant"), by and through the undersigned counsel, hereby submits its disclosures pursuant to Fed. R. Civ. P. 7.1 stating as follows:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

   A) Plaintiff Cesar Perla

   B) Defendant Credit Corp Solutions, Inc.'s parent company is Credit Corp Facilities Pty LTD, an Australian publicly traded company.

2. The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: None currently known.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

A) Plaintiff Cesar Perla's counsel, Daniel J. Ciment, Esq.

B) Defendant Credit Corp's counsel: David Sander, Esq.

4. [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed: None currently known.

Respectfully submitted,

**SANDER LAW OFFICES, PLLC**

Dated: September 9, 2026

*/s/ David Sander*

David Sander (TX Bar No.: 00788348)
9442 N. Capital of Texas Hwy.
Plaza 1, Suite 500
Austin, TX 78759
Phone: (512) 648-2284
Fax: (512) 648-2298
david@sanderlawoffices.com

**ATTORNEY FOR DEFENDANT CREDIT CORP SOLUTIONS INC.**

## CERTIFICATE OF SERVICE

I, David Sander, an attorney, certify that I shall cause to be served a copy of this Certificate of Interested Persons upon the below listed individual(s), by deposit in the U.S. Mail, postage prepaid, email and/or electronically via the Case Management/Electronic Case Filing System ("ECF"), on September 9, 2026.

*/s/ David Sander*

David Sander