# UNITED STATES DISTRICT COURT
Southern District of Texas – Houston Division

| | | |
|---|---|---|
| CESAR PERLA, | § | |
| | § | |
| PLAINTIFF | § | CASE NUMBER 4:26-cv-03949 |
| | § | |
| VS. | § | |
| | § | |
| CREDIT CORP SOLUTIONS, INC., | § | |
| | § | DEMAND FOR JURY TRIAL |
| DEFENDANT | § | |
| | § | |

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Cesar Perla, pursuant to Fed. R. Civ. P. 7.1, provides the following information:

Plaintiff is an individual person. The following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Cesar Perla
Ciment Law Firm, PLLC

Dated: September 10, 2026

Respectfully submitted,

*/s/ Daniel J. Ciment*

Daniel J. Ciment
CIMENT LAW FIRM, PLLC
400 E. Weatherford Dr.
Fort Worth, TX 76102
833-663-3289
Daniel@cimentlawfirm.com
ATTORNEY FOR PLAINTIFF