**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CESAR PERLA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 4:26-cv-03949** |
| **v.** | § | |
| | § | |
| **CREDIT CORP SOLUTIONS, INC.** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Pending before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 7). Plaintiff filed a response in opposition on August 3, 2026 (ECF No. 8). Having considered Defendant's motion, submissions, Plaintiff's opposition, and applicable law, the Court determines Defendant's motion should be granted. The Court hereby:

**ORDERS** that Defendant Credit Corp Solution Inc.'s Motion to Dismiss (ECF No. 7) is **GRANTED.**

The Court further **ORDERS** that Plaintiff Cesar Perla's Complaint against Defendant is **DISMISSED WITH PREJUDICE.**

SIGNED at Houston, Texas, on this _____day of _____________, 2026.

Honorable David Hittner
United States District Judge